1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD SAPIEN,                          No. 1:16-CV-00910-DAD-MJS

12              Plaintiff,

13         v.                                 **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

14   AUDREY CHAPPELLE, ET. AL.,
                                              **(ECF No. 2)**
15              Defendant.

16

17         Plaintiff, Richard Sapien ("Plaintiff") is proceeding pro se in this action. Plaintiff

18   filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on June

19   24, 2016. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's

20   application demonstrates that he is entitled to proceed without prepayment of fees.

21   Plaintiff, Richard Sapien's, Motion to Proceed *in forma pauperis* is therefore GRANTED.

22
23   IT IS SO ORDERED.

24      Dated:   July 13, 2016                  /s/ *Michael J. Seng*

25                                          UNITED STATES MAGISTRATE JUDGE

26
27
28
                                      1